```
 1  JOSEPH P. RUSSONIELLO  (CSBN 44332)
    United States Attorney
 2  THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    DAVID L. DENIER (CSBN 95024)
 4  Assistant United States Attorney
     9th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone:  (415) 436-7017
     Fax:        (415) 436-6748
 7
    Attorneys for the United States of America
 8
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and JAY COCHRAN, Revenue Agent,** | No. C-07-05226-SI |
| Petitioners, | |
| v. | **DECLARATION OF ANITA DOBBERSTEIN RE PROOF OF SERVICE** |
| **SANDRA WILLIAMS,** | |
| Respondent. | |

I, Anita Dobberstein, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a Special Agent for the Internal Revenue Service of the United States Department of Treasury.

2. On March 7, 2008, at approximately 8:17 p.m., I personally served a copy of the Verified Petition to Enforce Internal Revenue Service Summons, a copy of the Second Amended Order To Show Cause Re Enforcement of Internal Revenue Services Summons, and the Case Management Conference Order, together with other documents from the Court, on Sandra Williams, at 7918 Fall Creek Road, Apt 202, Dublin, CA 94568.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12th   day of   March   , 2008, at   Walnut Creek   , California.

/s/ Anita Dobberstein
ANITA DOBBERSTEIN

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

**DECLARATION OF ANITA DOBBERSTEIN RE PROOF OF SERVICE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____    **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Sandra Williams
7918 Fall Creek Road, Apt 202
Dublin, CA 94568

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **March 12, 2008** at San Francisco, California.

                                              /s/ Kathy Tat
                                             **KATHY TAT**
                                             **Legal Assistant**