UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

SANDRA WILLIAMS et al,

        Defendant.

        Case Number: CV07-05226 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 20, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sandra Williams
General Delivery
c/o 7918 Fall Creek Road #202
Dublin, CA exempt

Dated: March 20, 2008

        Richard W. Wieking, Clerk
        By: Tracy Sutton, Deputy Clerk