Sandra Williams
General delivery
c/o 7918 Fall Creek Road #202
Dublin, California
Zip code exempt
DMM 122.32

FILED
APR - 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND JAY COCHRAN<br>Petitioners<br><br>v.<br><br>SANDRA WILLIAMS<br>Respondent / 3rd Party Petitioner<br><br>v.<br><br>SCOTT N. SCHOOLS AND DAVID L. DENIER<br>3rd Party Respondents<br><br>Sandra Williams, 3rd Party Interest Intervenor | CASE NO: C-07-05226-SI<br>In Admiralty<br><br>**PETITION FOR CONTINUANCE** |

## PETITION FOR CONTINUANCE

Sandra Williams, 3rd party interest intervenor, by and for SANDRA WILLIAMS DEFENDANT/ 3RD PARTY PETITIONER, a non-attorney hereby recognizes that administrative remedy has not been exhausted, and that this matter should not waste the taxpayers' money of this state. Therefore the honorable court is PETITIONED to grant 120 additional days for administrative remedies to be exhausted.

**WHEREFORE, it is PETITIONED:**

1. Court grants additional time to exhaust administrative remedies.

By: _____
Sandra Williams, 3rd Party interest intervenor

## ORDER

Before the Court is the PETITION FOR CONTINUANCE to exhaust administrative remedies. Having duly considered the PETITION, the Court hereby finds and adjudicates as follows:

The Court grants the PETITION FOR CONTINUANCE _____

or _____

The Court further orders _____

_____
JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of April, 2008, a true copy of the foregoing was served by mail, first-class, postage prepaid, upon:

>	Scott N. Schools, et al.
>	David L. Denier, et al.
>	9th Floor Federal Building
>	450 Golden Gate Avenue, Box 36055
>	San Francisco, CA 94102
>	Telephone:   (415) 436-6888
>	Fax:         (415) 436-6748

By: _____

Sandra Williams, 3rd Party interest intervenor