## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/7/08

Case No.   C-07-5226 SI          Judge:   SUSAN ILLSTON

Title: UNITED STATES -v- SANDRA WILLIAMS

Attorneys: Newman          n/a

Deputy Clerk: Tracy Sutton   Court Reporter: J. Gonzales

## **PROCEEDINGS**

1)   OSC RE: IRS SUMMONS -

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                              PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to **5/9/09    @ 9:00 a.m.**   for OSC HEARING

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: