

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

SNS:TGM:kpt

*Thomas Moore, Chief 9th Floor, Federal Building*　　　*TEL.: (415) 436-6805*
*David L. Denier　　450 Golden Gate Avenue, Box 36055*　　　*FAX:(415) 436-6748*
*Cynthia L. Stier　　San Francisco, California  94102*
*Thomas M. Newman*

April 11, 2008



Exhibit 1

Sandra Williams
7918 Fall Creek Road, #202
Dublin, CA 94568

　　　Re:　　United States v. Williams, Case no. 07-5226-SI (U.S.D.C. N.D. Cal.)

Dear Ms. Williams:

　　　This office has attempted to contact you by phone on several occasions regarding the continuance request you filed in the above-captioned case.  On April 9, 2008, the Court granted you a thirty-day continuance, or until May 9, 2008.  I have enclosed a copy of the Court's docket sheet confirming that you are required to appear on that date at 9:00 a.m.  Please call me at (415) 436-6805 to discuss this matter.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/Thomas M. Newman*
　　　　　　　　　　　　　　　　　　　　THOMAS M. NEWMAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Tax Division

*Encl.*: as stated