

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

SNS:TGM:kpt

*Thomas Moore, Chief 9th Floor, Federal Building*       TEL.: (415) 436-6805
*David L. Denier           450 Golden Gate Avenue, Box 36055*       FAX:(415) 436-6748
*Cynthia L. Stier          San Francisco, California  94102*
*Thomas M. Newman*

April 28, 2008



Exhibit 2

Sandra Williams
7918 Fall Creek Road, #202
Dublin, CA 94568

    Re:    United States v. Williams, Case no. 07-5226-SI (U.S.D.C. N.D. Cal.)

Dear Ms. Williams:

    This office has attempted to contact you by phone on several occasions regarding the continuance request you filed in the above-captioned case. On April 9, 2008, the Court granted you a thirty-day continuance, or until May 9, 2008. I have enclosed a copy of the Court's docket sheet confirming that you are required to appear on that date at 9:00 a.m. Please call me at (415) 436-6805 to discuss this matter.

    Very truly yours,

    JOSEPH P. RUSSONIELLO
    United States Attorney

    */s/Thomas M. Newman*
    THOMAS M. NEWMAN
    Assistant United States Attorney
    Tax Division

*Encl.*: as stated