

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

---

SNS:TGM:kpt

| | | |
|---|---|---|
| *Thomas Moore, Chief 9th Floor, Federal Building* | | *TEL.: (415) 436-6805* |
| *David L. Denier     450 Golden Gate Avenue, Box 36055* | | *FAX:(415) 436-6748* |
| *Cynthia L. Stier     San Francisco, California  94102* | | |
| *Thomas M. Newman* | | |

April 29, 2008



***Via Certified Mail***
*Sandra Williams*
*7918 Fall Creek Road, #202*
*Dublin, CA 94568*

     Re:    *United States v. Williams, Case no. 07-5226-SI (U.S.D.C. N.D. Cal.)*

Dear Ms. Williams:

     This office has attempted to contact you by phone on several occasions regarding the continuance request you filed in the above-captioned case.  On April 9, 2008, the Court granted you a thirty-day continuance, or until May 9, 2008.  I have enclosed a copy of the Court's docket sheet confirming that you are required to appear on that date at 9:00 a.m.  Please call me at (415) 436-6805 to discuss this matter.

                        Very truly yours,

                        JOSEPH P. RUSSONIELLO
                        United States Attorney

                        */s/Thomas M. Newman*
                        THOMAS M. NEWMAN
                        Assistant United States Attorney
                        Tax Division

*Encl.*: as stated