

Home | Help

## Track & Confirm

### Search Results

Label/Receipt Number: **7004 2510 0006 4626 0173**
Status: **Notice Left**

We attempted to deliver your item at 1:37 PM on April 30, 2008 in DUBLIN, CA 94568 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.



Exhibit 4

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  *Go >*

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA