**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 7/18/08

Case No.   C-07-5226 SI          Judge:   SUSAN ILLSTON

Title: UNITED STATES -v- SANDRA WILLIAMS

Attorneys: Newman,          n/a

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)   OSC RE: IRS SUMMONS - HELD

2)

3)

Order to be prepared by:  ( X )Pltf   ( )Deft   ( X)Court

Disposition :  ( X ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                           PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference


Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: