1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT FOR THE**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11  **UNITED STATES OF AMERICA and**                )
    **JAY COCHRAN, Revenue Agent,**                )        **NO.  C-07-05226-SI**
12                                                )
            **Petitioners,**                      )
13                                                )
         **v.**                                   )        **ORDER ENFORCING SUMMONS**
14                                                )
    **SANDRA WILLIAMS,**                           )
15                                                )
            **Respondent.**                       )
16  _____       )

17        This case having come on for hearing on July 18, 2008, at 9:00 a.m., upon the return of a

18  Second Amended Order to Show Cause heretofore issued by this Court, and the Court having

19  considered the record herein, including the Verified Petition To Enforce Internal Revenue

20  Service Summons, it is hereby:

21        **ORDERED** that respondent, Sandra Williams, shall appear before Revenue Agent Jay

22  Cochran, or any other designated agent, on September 16, 2008, at 9:00 a.m., at the Offices of

23  the Internal Revenue Service located at 185 Lennon Lane, Walnut Creek, CA 94598, and then

24  and there give testimony relating to the matters described in the subject Internal Revenue Service

25  summons, copies of which are attached hereto as **Exhibits A** and produce for the Revenue

26  Officer's inspection and copying respondent's records also described in the subject Internal

27  Revenue Service summons.

28

1

2      **ORDERED** this _____ day of _____, at San Francisco, California.

3

4                                      _____
                                       SUSAN ILLSTON
                                       UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2