1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>JAY COCHRAN, Revenue Agent,<br><br>    Petitioners,<br><br>    v.<br><br>SANDRA WILLIAMS,<br><br>    Respondent. | )<br>)  NO.  C-07-05226-SI<br>)<br>)<br>)<br>)  <u>**ORDER ENFORCING SUMMONS**</u><br>)<br>)<br>)<br>) |

    This case having come on for hearing on July 18, 2008, at 9:00 a.m., upon the return of a Second Amended Order to Show Cause heretofore issued by this Court, and the Court having considered the record herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is hereby:

    **ORDERED** that respondent, Sandra Williams, shall appear before Revenue Agent Jay Cochran, or any other designated agent, on September 16, 2008, at 9:00 a.m., at the Offices of the Internal Revenue Service located at 185 Lennon Lane, Walnut Creek, CA 94598, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, copies of which are attached hereto as **<u>Exhibits A</u>** and produce for the Revenue Officer's inspection and copying respondent's records also described in the subject Internal Revenue Service summons.

1
2    **ORDERED** this _____ day of _____, at San Francisco, California.
3
4    _____
     SUSAN ILLSTON
     UNITED STATES DISTRICT JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                    2