IN THE UNITED STATES DISTRICT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
* * * * * * *

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff, | ) | Case No. CV07-5226- SI |
| | ) | |
| vs | ) | WARRANT OF ARREST |
| | ) | |
| Sandra Williams | ) | |
| Defendant. | ) | |

INSTRUCTIONS:  Make 4 copies.  Forward three (3) copies to the U.S. Marshal or other authorized officer while retaining one copy.  If applicable, use retained copy to withdraw warrant.  After completion, the U.S. Marshal will distribute copies as appropriate.

Name and Address of Person To Be Arrested:
     Sandra Williams: General Delively, c/o 7918 Fall Creek Road #202,
               Dublin, CA, Zip Code Exempt, DMM122.32

Reason for Warrant: Failure to Appear in response to Order to Show Cause  in re Civil Contempt

U.S.C. Title and Section: 26:7604(b)

Brief Description of Charges: Failure  to appear on January 16, 2009 in response to Order To Show Cause in re Contempt for failing to appear at hearing.

Bail: (if applicable)          NO BAIL

Date of Issue:           January 20, 2009

Title of Issuing Officer:      United States District Judge

Signature of Issuing Officer:

*[signature: Susan Illston]*

The Honorable

To:     ANY U.S. MARSHAL OR ANY OTHER AUTHORIZED OFFICER

        You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest United States District Court or (if applicable) before the nearest United States Magistrate Judge in the arresting district to answer the above-stated charges.

THE U.S. MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON.  IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE U.S. MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

==================================================================

## RETURN

I certify I executed this warrant and such other order directed herein as shown below.

Date Received: _____

Arresting Agency: (if not US Marshal) _____

Signature of Arresting Agent: (if not US Marshal) _____

Date Committed: _____

Place of Confinement: (if applicable) _____

_____Executed          _____Unexecuted          _____Withdrawn

Date of Return: _____

Name of US Marshal: _____

Signature of US Marshal or Deputy: _____