IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and JAY COCHRAN, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>SANDRA WILLIAMS,<br><br>Respondent. | No. C-07-05226-SI<br><br>[proposed] ORDER |

Pursuant to Petitioners' motion and for good cause shown,

IT IS HEREBY ORDERED that the Warrant of Arrest issued January 20, 2009, is withdrawn.

Dated: _____ 2/20/09

SUSAN ILLSTON
United States District Judge